No. 10 December 14, 2012 75

IN THE OREGON TAX COURT
REGULAR DIVISION

TIMBERHILL CORPORATION,
*Plaintiff,*

*v.*

DEPARTMENT OF REVENUE,
*Defendant*.

(TC 5107)

Plaintiff (taxpayer) appealed from a Magistrate Division decision as to the real market value of vacant land in Benton County. Taxpayer's complaint named as defendants both the Department of Revenue (the department) and Benton County Assessor (the county). The department filed an Answer in the case, but the county did not. Taxpayer then submitted a motion for order of default on the ground that the county had not filed an answer in the case. Denying taxpayer's motion, the court ruled that in a property tax appeal, and pursuant to ORS 305.501(5)(c), the department was the primary statutory defendant, and a default motion could not be granted where it had appeared.

Submitted on Plaintiff's Motion for Order of Default.

Christopher K. Robinson, Attorney at Law, Lake Oswego, filed the motion for Plaintiff (taxpayer).

Vance M. Croney, Benton County Counsel, Corvallis, filed the response for Defendant Benton County Assessor (the county).

Decision for Defendant rendered December 14, 2012.

**HENRY C. BREITHAUPT, Judge.**

This matter comes before the court on Plaintiff's Motion for Order of Default and Benton County Assessor's response to the motion. After reviewing the motion and response and being fully advised of the premises, the court finds that such request should be denied. This matter arose under the property tax laws of the state, and a party other than a county appealed the decision of the magistrate. Therefore, pursuant to ORS 305.501(5)(c) "the Department of Revenue *shall* be *the* defendant." (Emphases added.) Now, therefore,

IT IS ORDERED that Plaintiff's Motion for Order of Default is denied; and

IT IS FURTHER ORDERED that the caption of this matter shall remain as above unless and until Benton County Assessor intervenes pursuant to Tax Court Rule (TCR) 33.